No. 94–7189. SMITH v. DAHM, SUPERINTENDENT, OMAHA CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–7202. LANGFORD v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 94–7203. LONG v. ADMINISTRATIVE DIRECTOR OF NEW JERSEY COURTS ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–7204. LIN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–7207. GODAIRE v. ULRICH ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–7208. SAUNDERS v. MAGNUSSON, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 94–7211. YOCAS v. COWIN ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–7212. CUPIT v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 94–7214. WILSON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–7216. PERAZA SALGADO v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–7217. WRIGHT v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 94–7220. BROWN v. SIEGEL, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 94–7223. SMITH v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–7226. STEPHEN v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 94–7230. PLANTZ v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.